No. 89–5106.   HERRERA v. REDMAN, WARDEN.   C. A. 6th Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 89–5385.   GATES v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.   C. A. 11th Cir.;

No. 89–5433.   LILES v. OKLAHOMA.   Ct. Crim. App. Okla.;

No. 89–5510.   RUTHERFORD v. FLORIDA.   Sup. Ct. Fla.;

No. 89–5535.   FERGUSON v. SNYDER, CIRCUIT JUDGE FOR THE ELEVENTH JUDICIAL CIRCUIT.   Sup. Ct. Fla.;

No. 89–5547.   ANDREWS v. BARNES, WARDEN.   Sup. Ct. Utah;

No. 89–5548.   HALLFORD v. ALABAMA.   Sup. Ct. Ala.;

No. 89–5589.   FITZGERALD v. THOMPSON, WARDEN.   Ct. App. Va.; and

No. 89–5741.   TAYLOR v. TENNESSEE.   Sup. Ct. Tenn.   Certiorari denied.   Reported below: No. 89–5385, 863 F. 2d 1492; No. 89–5510, 545 So. 2d 853; No. 89–5535, 548 So. 2d 662; No. 89–5547, 779 P. 2d 228; No. 89–5548, 548 So. 2d 547; No. 89–5589, 6 Va. App. 38, 366 S. E. 2d 615; No. 89–5741, 774 S. W. 2d 163.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.